**Tommy RICHARDSON, Plaintiff–Appellant,**

v.

**Boyd BENNETT; Joseph H. Lofton; William L. Burden, Jr.; P. Asbell; R. Broadnax, Defendants–Appellees.**

No. 04–7210.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 24, 2004.

---

* The parties consented to the jurisdiction of the magistrate judge.

Tommy Richardson, Appellant pro se.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tommy Richardson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Richardson v. Bennett,* No. CA–04–211–5–BO (E.D.N.C. June 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*